UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME DERNS, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:CV-19-0282 |
| v. | : |
| | : (Judge Mannion) |
| MARK CAPOZZA, | : |
| Respondents | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: April 9, 2019**
19-0282-01-order.wpd